UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN DANIEL STOLARZ, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:20-1772 |
| v. | : | (JUDGE MANNION) |
| | : | |
| CATRICIA HOWARD, WARDEN, | : | |
| Respondent | : | |
| | : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The clerk shall term the motion for a Temporary Restraining Order and Preliminary Injunction. (Doc. 3).

2. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 21, 2020**
20-1772-01